THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SARAH L HAYES,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W COLVIN,<br><br>　　　　　　　Defendant. | CASE NO. C15-1765 JCC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on Magistrate Judge J. Richard Creatura's Report and Recommendation (Dkt. No. 16).

In his R&R, Judge Creatura recommends that the Commissioner's decision denying Plaintiff's application for disability benefits be reversed and this matter remanded for further proceedings. (Dkt. No. 16 at 11.) Neither party objected to Judge Creatura's findings or recommendation. "[T]he district judge must review the magistrate judge's findings and recommendations de novo if objection is made, but not otherwise." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

Having reviewed the record and Judge Creatura's R&R, the Court hereby finds and ORDERS:

　　1. The Court ADOPTS the Report and Recommendation.

　　2. Pursuant to sentence four of 42 U.S.C. § 405(g), this matter is REVERSED and

ORDER ADOPTING REPORT AND
RECOMMENDATION
PAGE - 1

1         REMANDED to the Commissioner for further consideration.

2      3.  The Clerk is DIRECTED to send copies of this Order to counsel of record.

3   DATED this 23rd day of June 2016.

 

                                                     *[signature]*

                                     John C. Coughenour
                                     UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND
RECOMMENDATION
PAGE - 2